UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELY EDDI, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> ELLIOT ANTEBI, et al., <br><br> Defendants. | 24-CV-0520 (JPC) (RFT) <br><br> **STATUS CONFERENCE** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

This action is scheduled for a Telephone Conference on **August 7, 2024, at 11:00 AM**. The parties should be prepared to discuss the status of the case. The parties are directed to join the conference at the scheduled time. **Please dial (646) 453-4442, Access Code: 590 516 192#.**

If the parties are not available at this date and time, please jointly confer and email three dates of availability to TarnofskyNYSDChambers@nysd.uscourts.gov within 24 hours of this order.

DATED: August 5, 2024
      New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge