UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELY EDDI, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> ELLIOT ANTEBI, et al., <br><br> Defendants. | 24-CV-0520 (JPC) (RFT) <br><br> **STATUS CONFERENCE** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As per my Order dated September 23, 2024 (ECF 65), a joint status letter from the parties regarding the status (not the substance) of settlement discussions was due on Friday, November 1, 2024. The parties have not complied.

I am sua sponte extending the deadline for the joint status letter nunc pro tunc until **Wednesday, November 6, 2024 at 5 p.m**.

DATED: November 4, 2024
      New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge