UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ely Eddi,<br><br>                    Plaintiff,<br><br>    -against-<br><br>Elliot Antebi, et al.,<br><br>                    Defendants. | 24CV520 (JPC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

If Plaintiff wishes to withdraw his motion to amend the operative complaint (ECF 54), he shall do so by **December 18, 2024**; if Plaintiff chooses to withdraw that motion, he shall have until **February 15, 2025** to file a renewed motion to amend. The parties shall file joint updates on (1) the status of informal discovery by **December 20, 2024**, and on (2) the status but not the substance of their settlement efforts on **January 6, 2025** and **again within one business day of completing their anticipated mediation**. The status conference scheduled for later today is cancelled.

DATED:  November 18, 2024
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge