UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELY EDDI, et al.,

                Plaintiffs,

-against-

ELLIOT ANTEBI, et al.,

                Defendants.

24-CV-0520 (JPC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As per my Order dated November 18, 2024 (ECF 73), a joint status letter from the parties regarding informal discovery was due on Friday, December 20, 2024. The parties have not complied.

I am sua sponte extending the deadline for the joint status letter nunc pro tunc until **Monday, December 30, 2024 at 5 p.m**.

DATED:  December 27, 2024
           New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge