UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELY EDDI,

               Plaintiff,

    -against-

ELLIOT ANTEBI, et al.,

               Defendants.

24-CV-520 (JPC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

       I have reviewed the parties' Proposed Case Management Plan and Scheduling Order in this action, submitted on March 20, 2025. (*See* ECF 91.) The Initial Case Management Conference scheduled for **March 27, 2025 at 10:00 AM** will proceed as scheduled. Counsel for Plaintiff and for Defendants are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 170 423 796 #**.

DATED:  March 24, 2025
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge