UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELY EDDI,

                Plaintiff,

   -against-

ELLIOT ANTEBI, et al.,

                Defendants.

24-CV-0520 (JPC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    This action is scheduled for a telephonic status conference on **August 12, 2025 at 11:00 AM**. The parties should be prepared to discuss Plaintiff's letter filed at ECF 108. Counsel for Plaintiff and for the Defendants are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 736 819 623 #**.

DATED: August 8, 2025
            New York, NY

SO ORDERED.

*[signature]*

**ROBYN F. TARNOFSKY**
United States Magistrate Judge