# GUTMAN WEISS, P.C.

*Attorneys at Law*
2276 Sixty-Fifth Street, 2nd Floor
Brooklyn, N.Y. 11204
Tel. 718.259.2100
Fax. 718.259.2105*
*This office does not consent to service by fax.

August 11, 2025

**VIA ECF**
Hon. Robyn F. Tarnofsky
United States District Court
Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007

      Re:    Eddi v Antebi, et al
                1:24-CV-520-JPC

Dear Judge Tarnofsky:

      My firm represents Defendants in this matter. We write in response to the Court's August 8, 2025 Order scheduling a telephonic status conference for Tuesday, August 12, 2025 at 11 a.m. I am presently engaged in a trial before the Honorable James R. Farrell in the Supreme Court of the State of New York, Sullivan County, representing the defendants in *Directional Technologies Inc. v. Landpex LLC et al.*, Index No. E2023-664. The trial is expected to continue through Tuesday or Wednesday of this week. Accordingly, we respectfully request that the telephonic status conference be adjourned to Thursday, August 14, 2025, or to another date and time convenient for the Court.

Respectfully submitted,

GUTMAN WEISS, P.C.

/s/Dov Medinets
Dov Medinets

---

Application GRANTED. The August 12, 2025 status conference is rescheduled to **August 15, 2025 at 2:00 PM**. The parties are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 736 819 623 #.**

The Clerk of Court is respectfully requested to terminate ECF 110.

Dated: August 12, 2025
      New York, NY

SO ORDERED

*/s/ Robyn F. Tarnofsky*
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE