UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELY EDDI,

                Plaintiff,

   -against-

ELLIOT ANTEBI, et al.,

                Defendants.

24-CV-0520 (JPC) (RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, UNITED STATES MAGISTRATE JUDGE:**

    The parties are reminded that, notwithstanding the pending motion to dismiss, all discovery-related deadlines remain in force. To the extent that any party has a discovery dispute that it wishes to bring to the Court's attention, the party should promptly file a letter-motion after reaching an impasse in the meet and confer process. The Clerk of Court is respectfully requested to terminate ECF 108, in light of the conference held on August 15, 2025.

DATED:  September 3, 2025
             New York, NY

SO ORDERED,

*/s/ Robyn F. Tarnofsky*

**ROBYN F. TARNOFSKY**
United States Magistrate Judge