UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELY EDDI,

                Plaintiff,

  -against-

ELLIOT ANTEBI, et al.,

                Defendants.

24-CV-0520 (JPC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, UNITED STATES MAGISTRATE JUDGE:**

    Plaintiff shall have until **September 15, 2025** to propound written discovery relating to jurisdiction and venue on Defendants. Defendants shall have until **October 3, 2025** to produce documents and provide written responses and objections to Plaintiff's requests for written discovery relating to jurisdiction and venue. Plaintiff may take up to two two-hour depositions of Defendants relating to jurisdiction and venue, with such depositions to be completed by **October 17, 2025**. By **October 27, 2025**, Plaintiff shall supplement his opposition to Defendants' motion to dismiss as that opposition relates to the question of venue in this District. Defendants shall have until **November 4, 2025** to make a supplemental filing in response to Plaintiff's supplemental opposition.

    The Clerk of Court is respectfully requested to terminate ECF 117.

DATED:  September 9, 2025
             New York, NY

SO ORDERED,

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge