# GUTMAN WEISS, P.C.

*Attorneys at Law*
2276 Sixty-Fifth Street, 2nd Floor
Brooklyn, N.Y. 11204
Tel. 718.259.2100
Fax. 718.259.2105*
*This office does not consent to service by fax.

September 9, 2025

**VIA ECF**
Hon. Robyn F. Tarnofsky
United States District Court
Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007

    Re:    Eddi v Antebi, et al
               1:24-CV-520-JPC-RFT

Dear Judge Tarnofsky:

    This firm represents Defendants in the above-referenced matter. I am writing pursuant to your Honor's September 9, 2025, Order (ECF 118) that provided Plaintiff until September 15, 2025 to propound written discovery relating to jurisdiction and venue, as well as the opportunity to take two depositions of Defendants on the same issue.

    In the interest of fairness and reciprocity, Defendants respectfully request that they also be granted the same discovery rights afforded to Plaintiff on the issues of jurisdiction and venue. Specifically, Defendants would like the opportunity to serve written discovery on Plaintiff, obtain timely written responses and documents related to these requests, and to depose Plaintiff. A reciprocal opportunity to engage in discovery on the issue of jurisdiction and venue will ensure that both parties have an equal opportunity to develop the record on this issue and present the evidence to the Court. Moreover, reciprocal discovery is necessary to ensure that the record is not shaped unilaterally by Plaintiff.

    We thank the Court for its consideration of Defendants' request.

Respectfully submitted,

GUTMAN WEISS, P.C.

_____
Dov Medinets

---

**Application GRANTED. Defendants shall have until September 15, 2025 to propound written discovery relating to jurisdiction and venue on Plaintiff. Plaintiff shall have until October 3, 2025 to produce documents and provide written responses and objections to Defendants' requests for written discovery relating to jurisdiction and venue. Defendants may take up to two two-hour depositions of Plaintiff relating to jurisdiction and venue, with such depositions to be completed by October 17, 2025.**

**The Clerk of Court is respectfully requested to terminate ECF 119.**

**Dated: September 9, 2025**
      **New York, NY**

SO ORDERED

_____
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE