UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELY EDDI,

                Plaintiff,

   -against-

ELLIOT ANTEBI, et al.,

                Defendants.

24-CV-0520 (JPC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    This action is scheduled for a telephonic status conference on **November 20, 2025 at 3:00 PM**. The parties should be prepared to discuss Plaintiff's letter filed at ECF 130. Counsel for Plaintiff and counsel for Defendants are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 528 549 493 #**.

DATED: November 17, 2025
           New York, NY

SO ORDERED.

_/s/ Robyn F. Tarnofsky_
**ROBYN F. TARNOFSKY**
United States Magistrate Judge