UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELY EDDI,

                Plaintiff,

    -against-

ELLIOT ANTEBI, et al.,

                Defendants.

24-CV-0520 (JPC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    Pending before me is Plaintiff's motion to compel discovery (ECF 130). As discussed at the conference on November 20, 2025, the motion is GRANTED, in that Defendants shall have until **December 1, 2025** to complete their document review and production and to certify their completion of paper discovery. Individual Defendants' tax returns shall be produced on an attorneys' and experts' eyes only basis; personally identifying information may be redacted from those documents. The deadlines for completing discovery shall be extended nunc pro tunc as follows: paper discovery between the parties is to be completed by **December 5, 2025**; paper discovery from third parties is to be completed by **January 20, 2026**; and expert discovery, including depositions, is to be completed by **February 27, 2026**. I do not anticipate further extensions of these deadlines absent extremely good cause shown. I will separately issue my standard protective order to govern further discovery in this matter. The Clerk of Court is respectfully requested to terminate **ECF 130**.

DATED:  November 24, 2025
           New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge