UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ely Eddi,<br><br>    Plaintiff,<br><br> -against-<br>Elliot Antebi, et al.,<br><br>    Defendants. | 24-CV-00520 (JPC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  On December 19, 2025, Plaintiff filed a motion to compel non-party Benjamin Epstein to respond to a subpoena. (ECF 141.) A telephonic conference is scheduled for **Tuesday, January 6, 2026 at 2:30 PM.** The parties should be prepared to discuss the motion at ECF 141. Please dial (646) 453-4442, Access Code: 787 037 997#.

  Epstein shall attend the conference, either personally or through counsel. Epstein may oppose Plaintiff's motion to compel by filing a letter on the docket according to my individual rules, available at https://nysd.uscourts.gov/hon-robyn-f-tarnofsky.

  Plaintiff shall serve a copy of this order on Epstein by **December 23, 2025**, and Plaintiff shall file proof of such service on the docket by **December 23, 2025**.

DATED:  December 22, 2025
     New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge