UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELY EDDI,

                    Plaintiff,

      -against-

ELLIOT ANTEBI, et al.,

                    Defendants.

24-CV-0520 (JPC) (RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      For the reasons set forth on the record at the discovery conference held on January 2, 2026, Plaintiff's discovery motion (ECF 139) is GRANTED IN PART, in that Defendants shall reproduce the attorneys' eyes only documents bearing the designation Attorneys' Eyes Only; upon receipt of the reproduced documents, Plaintiff shall delete and/or return all copies of the documents that do not bear that designation. Plaintiff's motion is DENIED IN PART, in that Defendants need not reproduce their documents with Bates stamped control numbers. The Clerk of Court is respectfully requested to terminate ECF 139.

DATED:  January 2, 2026
         New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge