UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ELY EDDI,<br><br>                    Plaintiff,<br><br>          -against-<br><br>ELLIOT ANTEBI, et al.,<br><br>                    Defendants. | |

24-CV-0520 (JPC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On December 19, 2025, Plaintiff filed a motion to compel non-party Benjamin Epstein to respond to a subpoena. (ECF 141.) On December 22, 2025, I scheduled a telephonic conference for Tuesday, January 6, 2026 at 2:30 PM and directed Epstein to attend the conference, either personally or through counsel; Plaintiff was ordered to serve a copy of this order on Epstein by December 23, 2025, and to file proof of such service on the docket by December 23, 2025. (ECF 144.) Plaintiff filed the required proof of service. (ECF 145.) Epstein emailed chambers on January 5, 2026 to say that he will be out of town for the next month and asking for the conference to be rescheduled.

A copy of that email is attached as Exhibit A hereto. Epstein is instructed that all letters must be filed on the docket. Ex parte communication with chambers is not allowed. Epstein may submit filings through the Court's Pro Se Intake Unit, as outlined at https://www.nysd.uscourts.gov/prose. If there is an urgent need to communicate with chambers where filing on the docket is not possible, Epstein must copy the parties' counsel on such communications.

As to the substance of the request, I am not inclined to grant it. The order scheduling the conference was sent to Epstein by overnight mail, yet he did not request an adjournment until the day before the conference -- nearly two weeks later. He has not explained why he is unable to participate in a telephone conference from his out-of-town location. He does not explain why there is no time in the next month that he can attend a conference telephonically. Accordingly, Epstein's request to adjourn the conference on January 6, 2026 at 2:30 PM is DENIED. Epstein is expected to attend on pain of sanctions.

Plaintiff shall serve a copy of this order on Epstein, at all emails used by Epstein and known to Plaintiff, by **January 5, 2026**, and Plaintiff shall file proof of such service on the docket by **January 5, 2026**.

Dated: January 5, 2026
New York, NY

SO ORDERED,

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**

# Exhibit A

| **From:** | Sora Lowinger |
| **To:** | Tarnofsky NYSD Chambers |
| **Cc:** | Ben Epstein |
| **Subject:** | response to subpoena on behalf of Ben Epstein CPA, Re: Case No. 24-CV-00520 (JPC) (RFT) |
| **Date:** | Monday, January 5, 2026 12:58:12 PM |

CAUTION - EXTERNAL:

Re: Case No. 24-CV-00520 (JPC) (RFT)

Dear Judge Tarnofsky,

I write in response to the Court's Order scheduling a telephonic conference. I respectfully advise the Court that I will be unavailable for the next month, as I will be out of town during that period.

Accordingly, I respectfully request that the conference be adjourned to a date after my return. I apologize for any inconvenience and appreciate the Court's consideration.

Respectfully submitted,
Benjamin Epstein

(sent from Sora Lowinger's email)

PLEASE CONFIRM RECEIPT OF THIS EMAIL.

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.