UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELY EDDI, | |
| Plaintiff, | |
| -against- | |
| ELLIOT ANTEBI, et al., | |
| Defendants. | |

24-CV-0520 (JPC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On January 5, 2026, I denied non-party Benjamin Epstein's motion to adjourn the telephonic conference scheduled for January 6, 2026. (ECF 148, Order.) Later that day, Plaintiff served a copy of that order on Epstein and filed proof of service on the docket. (ECF 149, Aff. of Serv.) Subsequently, Epstein emailed my chambers to explain that he would be unable to attend the conference because he will be on an airplane at the same time as the conference. Epstein also informed the Court that he is searching for counsel and requested that the Court reschedule the conference to January 23, 2026 or a later date. A copy of that email is attached as Exhibit A to this order.

The January 6, 2026 conference is rescheduled to **January 23, 2026 at 8:30 AM**. The parties should be prepared to discuss the motion to compel filed at ECF 141. The parties are directed to join the conference at the scheduled time by dialing **(646) 453-4442, Access Code: 787 037 997 #**. Epstein is required to attend the January 23, 2026 conference personally if he has not obtained counsel by that date.

Plaintiff shall serve a copy of this order on Epstein, at all emails used by Epstein and known to Plaintiff, by **January 6, 2026**, and Plaintiff shall file proof of such service on the docket by **January 6, 2026**.

Dated: January 6, 2026
        New York, NY

SO ORDERED,

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**

# Exhibit A

| | |
|---|---|
| **From:** | Sora Lowinger |
| **To:** | Tarnofsky NYSD Chambers; "Mel DeCandia" |
| **Cc:** | Ben Epstein; Reuven Epstein; Chavi Hager; Riva Rosenberg |
| **Subject:** | FW: Ely Eddi v. Elliot Antebi, et al., Civil Action No. 1:24-cv-00520-JPC-RFT [IMAN-ACTIVE.FID17003880] on behalf of Ben Epstein |
| **Date:** | Monday, January 5, 2026 5:33:42 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |

**CAUTION - EXTERNAL:**

Good afternoon,

Thank you for forwarding the Court's Order.

Please be advised that the January 5, 2026 the Court Order was inadvertently left on a secretary's desk and was not brought to my attention until January 1, 2026.

At the time of the scheduled telephonic conference on January 6, 2026 at 2:30 p.m., I will be on an airplane, rendering it impossible for me to participate by telephone.

From my out-of-town location, I will be actively working to retain counsel. I respectfully advise that I will be available on January 23, 2026 or thereafter, and request that the conference be rescheduled accordingly.

Respectfully,
Benjamin Epstein

---

**From:** Mel DeCandia <Mel.DeCandia@gmlaw.com>
**Sent:** Monday, January 5, 2026 4:43 PM
**To:** Ben Epstein <ben@BenEpsteinCPA.com>; Reuven Epstein <reuven@BenEpsteinCPA.com>; Chavi Hager <chavi@BenEpsteinCPA.com>; Riva Rosenberg <riva@BenEpsteinCPA.com>; Sora Lowinger <Sora@BenEpsteinCPA.com>
**Cc:** Brian Bloom <Brian.Bloom@gmlaw.com>; Philippe Zimmerman <Philippe.Zimmerman@gmlaw.com>; Lisa Niewdach <Lisa.Niewdach@gmlaw.com>; Rob Ramphul <Rob.Ramphul@gmlaw.com>; {F17003880}.Active@gmlaw.imanage.work
**Subject:** Ely Eddi v. Elliot Antebi, et al., Civil Action No. 1:24-cv-00520-JPC-RFT [IMAN-ACTIVE.FID17003880]

Good afternoon,

Please see attached the Court Order of January 5, 2026, denying the request to adjourn the telephonic conference scheduled for January 6, 2026, at 2:30 p.m. Per the Court, Mr. Epstein is expected to attend the conference on pain of sanctions.

Regards,

**GreenspoonMarder** LLP

Mel DeCandia (she/her)
Greenspoon Marder LLP
Associate
1345 Avenue of the Americas, Suite 2200
New York, NY 10105
Direct Phone Number: 212-524-5047
Office Phone Number: 212-524-5000
mel.decandia@gmlaw.com
www.gmlaw.com

  

GREENSPOON MARDER LLP LEGAL NOTICE

The information contained in this transmission may be attorney/client privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply e-mail.

Unless specifically indicated otherwise, any discussion of tax issues contained in this e-mail, including any attachments, is not, and is not intended to be, "written advice" as defined in Section 10.37 of Treasury Department Circular 230.

A portion of our practice involves the collection of debt and any information you provide will be used for that purpose if we are attempting to collect a debt from you.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.