# GUTMAN WEISS, P.C.

*Attorneys at Law*
2276 Sixty-Fifth Street, 2nd Floor
Brooklyn, N.Y. 11204
Tel. 718.259.2100
Fax. 718.259.2105*
**\*This office does not consent to service by fax.**

January 6, 2026

*Via ECF*
Hon. Robyn F. Tarnofsky
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 100007

 **Re:**   Ely Eddi v. Elliot Antebi, *et al.*
      Civil Action No. 1:24-cv-00520-JPC-RFT

Dear Judge Tarnofsky:

 We represent Defendants in the above-referenced action. We respectfully submit this letter requesting an adjournment of the conference concerning Plaintiff's motion to compel Benjamin Epstein's compliance with a subpoena, currently scheduled for January 23, 2026.

 The conference was originally scheduled for today, January 6, 2026, and was adjourned by Order of the Court upon Mr. Epstein's request. This is Defendants' first request to adjourn the January 23, 2026, conference.

 Counsel for Defendants will be on trial on January 23, 2026, in *Alpine v. Green*, Kings County Index No. 523024/2017 (Link). That trial is scheduled to begin on January 22, 2026, and is expected to last no more than three days and more likely two days. As it is a bench trial, I do not anticipate that it will run longer than that. Accordingly, Defendants respectfully request that the conference be adjourned to January 27, 2026, or to another date convenient for the Court.

 Defendants have conferred with opposing counsel, who has consented to this request. Defendants take no position on the underlying motion.

 Thank you for the Court's consideration.

Application GRANTED. The January 23, 2026 conference is rescheduled to **January 27, 2026 at 10:00 AM**. The parties are directed to join the conference at the scheduled time by dialing **(646) 453-4442, Access Code: 787 037 997 #**. Defendants shall serve a copy of this order on Epstein, at all emails used by Epstein and known to Defendants, by **January 7, 2026**, and Defendants shall file proof of such service on the docket by **January 7, 2026**.

Respectfully submitted,

Dov Medinets, Esq.

The Clerk of Court is respectfully requested to terminate ECF 152.

Dated:  January 7, 2026
   New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE