UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ELY EDDI,<br><br>     Plaintiff,<br><br>  -against-<br><br>ELLIOT ANTEBI, et al.,<br><br>     Defendants. | 24-CV-0520 (JPC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On January 7, 2026, I scheduled a conference for January 27, 2026 regarding Plaintiff's motion to compel nonparty Benjamin Epstein to comply with a subpoena. (ECF 153, Order.) On January 22, 2026, Epstein emailed my courtroom deputy to inform the Court that he has "produced all documents responsive to the subpoena," that the production "was provided to counsel several weeks ago," and that he is "not aware of any outstanding issues requiring Court intervention or further conference." Epstein also requested that the January 27, 2026 conference be cancelled "unless opposing counsel can articulate any specific additional items they contend remain outstanding." A copy of that email is attached as Exhibit A to this order.

By **January 26, 2026**, Plaintiff shall file a letter on the docket explaining whether the January 27, 2026 conference should proceed as scheduled.

Dated: January 23, 2026
   New York, NY

SO ORDERED,

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**

# Exhibit A

| | |
|---|---|
| **From:** | Ben Epstein |
| **To:** | Anne Zeng-Huang |
| **Cc:** | Reuven Epstein |
| **Subject:** | FW: Ely Eddi v. Elliot Antebi, et al., Civil Action No. 1:24-cv-00520-JPC-RFT [IMAN-ACTIVE.FID17003880] on behalf of Ben Epstein |
| **Date:** | Thursday, January 22, 2026 8:47:20 PM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png<br>image004.png |

---

**CAUTION - EXTERNAL:**

Dear Judge Tarnofsky,

I am writing regarding the conference currently scheduled for January 27th in the matter of Ely Eddi v. Elliot Antebi, et al., Civil Action No. 1:24.

As of January 8th, we have produced all documents responsive to the subpoena, and the document production was provided to counsel several weeks ago. At this time, we are not aware of any outstanding issues requiring Court intervention or further conference.

Accordingly, we respectfully request that the upcoming conference be cancelled, unless opposing counsel can articulate any specific additional items they contend remain outstanding.

Thank you for your time and consideration. Kindly advise if the Court would like anything further from our end.

*Benjamin Epstein CPA*

Ben Epstein & Associates LLC
**Toms River:** 1209 Lakewood Rd | Toms River NJ 08753
**P:** 718.336.9502  | **F:** 718.336.9564
Ben@benepsteincpa.com | www.benepsteincpa.com
**Please note that emails larger than 25 MB will not pass through our system.**
**To send large files, please contact me.**