# GUTMAN WEISS, P.C.

*Attorneys at Law*
2276 Sixty-Fifth Street, 2nd Floor
Brooklyn, N.Y. 11204
Tel. 718.259.2100
Fax. 718.259.2105*
**\*This office does not consent to service by fax.**

February 4, 2026

**<u>VIA ECF</u>**
Hon. Robyn F. Tarnofsky
United States District Court
Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007

      Re:    Eddi v Antebi, et al, 1:24-CV-520-JPC-RFT
              <u>Letter Motion — Request to Enter Interim Stay of Subpoena Compliance</u>

Dear Judge Tarnofsky:

      We represent Defendants Elliot Antebi, Rachel Antebi f/k/a Sutton, and Ellemark Management LLC. Defendants respectfully submit this letter to advise the Court of a scheduling issue created by the Court's Text Order rescheduling the discovery conference.

      The conference was originally scheduled for Friday, February 6, 2026 at 10:30 A.M. to address Defendants' letter motion at ECF 159 regarding Plaintiff's Rule 45 subpoena to Morgan Stanley Private Bank, N.A.. The court then then rescheduled the conference to Friday, February 13, 2026 at 10:30 A.M. However, the subpoena at issue commands Morgan Stanley's compliance on **Friday, February 13, 2026**, <u>the same day of the conference</u>. In other words, unless interim relief enters beforehand, the non-party's production may occur before Defendants can be heard on the request for a stay/protective order that is the subject of ECF 159. *See* ECF 159; Ex. A thereto.

      Accordingly, Defendants respectfully request that the Court grant a brief, interim order providing that Morgan Stanley Private Bank, N.A. shall not produce any documents or information responsive to the subpoena pending the February 13 conference so that the conference can serve its intended purpose.

      This request is submitted solely to preserve the status quo and avoid irreparable disclosure of the sensitive financial materials at issue before the Court can address ECF 159.

      We thank the Court for its attention.

                                      Respectfully submitted,

                                      GUTMAN WEISS, P.C.

                                      */s/Kelly Z. Toledano*
                                      Kelly Z. Toledano

cc: All Counsel of Record (via ECF)