UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELY EDDI,<br><br>                              Plaintiff,<br><br>     -against-<br><br>ELLIOT ANTEBI, et al.,<br><br>                              Defendants. | 24-CV-0520 (JPC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      As discussed at the discovery conference on February 10, 2026, Defendants' discovery motions (ECF 159, 162) are GRANTED IN PART and DENIED IN PART, in that Plaintiff shall withdraw the subpoena to Morgan Stanley; and Defendants shall request from Morgan Stanley and produce on an attorneys' eyes only basis by **March 6, 2026** the documents specified on the record. Plaintiff may, after meeting and conferring with Defendants, move for a change of designation of the produced documents as attorneys' eyes only. If Defendants fail to make the required production by March 6, 2026, Plaintiff may re-issue the subpoena to Morgan Stanley. The deadline for completing discovery is extended until **March 13, 2026**. The Clerk of Court is respectfully requested to terminate ECF 159 and 162.

Dated: February 10, 2026
       New York, NY

SO ORDERED,

_____
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**