**GreenspoonMarder** LLP

Philippe Zimmerman, Partner
1345 Avenue of the Americas, Suite 2200
New York, NY 10105
Phone: 212.524.5000
Fax: 212.524.5050
Email: philippe.zimmerman@gmlaw.com

April 14, 2026

**VIA ECF**

Honorable John P. Cronan
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

> **Re:**    *Ely Eddi v. Elliot Antebi,* **Civil Action No. 1:24-cv-00520-JPC-RFT**

Dear Honorable Judge Cronan:

This firm represents Plaintiff, Ely Eddi ("**Plaintiff**"), in the above-referenced matter. We respectfully submit this letter in response to the Court's Opinion and Order Adopting Report and Recommendation in Part, dated March 31, 2026 (the "**Order**," ECF No. 173).

In the Order, largely denying the motion to dismiss filed by defendants Elliot Antebi ("**Mr. Antebi**"), Rachel Antebi f/k/a Sutton ("**Mrs. Antebi**," and, together with Mr. Antebi, the "**Individual Defendants**"), and Ellemark Management, LLC ("**Ellemark**," and, together with the Individual Defendants, the "**Defendants**"), the Court ordered Plaintiff to, within fourteen days thereof, show cause whether he would pursue certain specified claims, and if so, why they seek direct relief.[1] Order at 32.

Pursuant to the Order, we write on behalf of Plaintiff to advise the Court that Plaintiff does not intend to pursue those claims as direct claims in this action.

Respectfully submitted,

**GREENSPOON MARDER LLP**

Philippe Zimmerman

cc:    All Counsel of Record (via ECF)

---

[1] The claims in question are (i) that Elliot and Ellemark's breaches of their duties of care caused Downtown BH LLC's losses to increase from $2,000 in 2016 to $200,000 in 2021, (Second Amended Complaint, ECF No. 98, at ¶ 67) and (ii) Count IX for Misappropriation as Against Elliot and Ellemark (SAC, ¶¶ 195-199).

Boca Raton  Denver  Edison  Ft. Lauderdale  Las Vegas  Los Angeles  Miami  Naples
New York  Orlando  Phoenix  Portland  Tallahassee  Tampa  West Palm Beach