GreenspoonMarder LLP

Philippe Zimmerman, Partner
1345 Avenue of the Americas, Suite 2200
New York, NY 10105
Phone: 212.524.5000
Fax: 212.524.5050
Email: philippe.zimmerman@gmlaw.com

April 24, 2026

**VIA ECF**

Honorable Robyn F. Tarnofsky
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

      **Re:**    *Ely Eddi v. Elliot Antebi,* **Civil Action No. 1:24-cv-00520-JPC-RFT**

Dear Honorable Judge Tarnofsky:

    This firm represents Plaintiff, Ely Eddi ("**Plaintiff**"), in the above-referenced matter. We respectfully submit this letter, as directed in the Court's Order of April 10, 2026 (ECF No. 176) to consent to the transfer of this action to the Eastern District of New York.

        Respectfully submitted,

        **GREENSPOON MARDER LLP**

        Philippe Zimmerman

cc:    All Counsel of Record (via ECF)