# GUTMAN WEISS, P.C.

*Attorneys at Law*
2276 Sixty-Fifth Street, 2nd Floor
Brooklyn, N.Y. 11204
Tel. 718.259.2100
Fax. 718.259.2105*
**\*This office does not consent to service by fax.**

April 24, 2026

**<u>VIA ECF</u>**
Hon. Robyn F. Tarnofsky
United States District Court
Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007

      Re:    Eddi v Antebi, et al
               1:24-CV-520-JPC-RFT

Dear Judge Tarnofsky:

This firm represents Defendants in the above-referenced matter. We write pursuant to the Court's April 10, 2026 Order directing the parties to advise the Court whether Plaintiff has agreed to voluntarily transfer this matter to the Eastern District of New York, whether Defendants have agreed to withdraw their venue challenge, or whether the venue hearing should proceed.

Plaintiff has now filed a letter stating that he "consent[s] to the transfer of this action to the Eastern District of New York." In light of Plaintiff's consent, Defendants respectfully submit that their position on venue is rendered moot, and that the venue hearing scheduled for May 27, 2026 is no longer necessary. Defendants further respectfully request that the Court transfer this action to the Eastern District of New York.

We thank the Court for its consideration.

Respectfully submitted,

GUTMAN WEISS, P.C.

*/s/Dov Medinets*_____
Dov Medinets